**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GRUNDMAN MECHANICAL SYSTEMS, INC.,

Plaintiff,

-against-

22 **CIVIL** 998 (CS)

**JUDGMENT**

WESTERN SURETY COMPANY,

Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 14, 2026, Plaintiff's motion to enforce the Settlement Agreement is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $145,000, plus interest at 9% per annum from July 19, 2023 to the date of judgment, in the amount of $41,223.70, plus $6,717.29 in attorneys' fees.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**